FILED
CLERK, U.S. DISTRICT COURT

AUG 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT STERN, | Case No. CV 06-5800-CJC (JTL) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| M.S. EVANS, Warden, | |
| Respondent. | |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: *August 18, 2008*

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE